IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LLOYD T. SCHUENKE,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

  v.                                       Case No. 14-cv-276-jdp

JUDY P. SMITH,

    Respondent.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Lloyd T. Schuenke's petition for a writ of habeas corpus under U.S.C. § 2254.

    /s/                                                               August 26, 2014

Peter Oppeneer, Clerk of Court                        Date