IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LLOYD T. SCHUENKE,

        Petitioner,                              ORDER

     v.                                       14-cv-276-jdp
                                               App. No. 14-3132

JUDY P. SMITH,

        Respondent.

---

On August 26, 2014, the court dismissed the habeas corpus petition filed by state prisoner Lloyd T. Schuenke pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt. # 21). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For his appeal to proceed, petitioner must either pay the $505 appellate docketing fee by October 24, 2014, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his appeal.

ORDER

IT IS ORDERED that, not later than October 24, 2014, petitioner Lloyd T. Schuenke shall pay the $505.00 appellate docketing fee or submit a certified copy of his inmate trust fund account statement for the period beginning approximately March 25, 2014 through at least September 25, 2014. If petitioner fails to pay the $505 appellate docketing fee, comply

as directed, or show cause for his failure to do so, then this appeal may be dismissed without further notice.

Entered this 2nd day of October, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge