IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LLOYD T. SCHUENKE,

                Petitioner,

v.

JUDY P. SMITH,

                Respondent.

ORDER

14-cv-276-jdp
App. No. 14-3132

---

On August 26, 2014, I dismissed Lloyd T. Schuenke's petition for a writ of habeas corpus under 28 U.S.C. § 2254. I also denied petitioner a certificate of appealability. Now petitioner has filed a notice of appeal and requests to proceed *in forma pauperis* on appeal. The request will be denied because petitioner's appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3).

To find that an appeal is in good faith, a court need find only that a reasonable person could suppose the appeal has some merit. *Walker v. O'Brien*, 216 F.3d 626, 631-32 (7th Cir. 2000). However, I cannot certify that petitioner's appeal is taken in good faith; I denied his petition upon screening it under Rule 4 of the Rules Governing Section 2254 cases because his petition plainly had no merit. Having reviewed the order, I am convinced that reasonable jurists would not debate the conclusions I reached.

Because I am certifying petitioner's appeal as not having been taken in good faith, he cannot proceed with his appeal without prepaying the $505 filing fee unless the court of appeals gives him permission to do so. Under Fed. R. App. P. 24, petitioner has 30 days from the date of this order in which to ask the court of appeals to review this court's denial of his

request for leave to proceed *in forma pauperis* on appeal. With his motion, he must include an affidavit as described in the first paragraph of Fed. R. App. P. 24(a), with a statement of issues he intends to argue on appeal. Also, he must send along a copy of this order. Petitioner should be aware that he must file these documents in addition to the notice of appeal he has filed previously.

If petitioner does not file a motion requesting review of this order, the court of appeals might not address the denial of leave to proceed *in forma pauperis* on appeal. Instead, it may require petitioner to pay the entire $505 filing fee before it considers his appeal. If petitioner does not pay the fee within the deadline set, it is possible that the court of appeals will dismiss the appeal.

ORDER

IT IS ORDERED that petitioner Lloyd T. Schuenke's request leave to proceed *in forma pauperis* on appeal is DENIED because I certify that his appeal is not taken in good faith. If petitioner wishes to appeal this decision, he must follow the procedure set out in Fed. R. App. P. 24(a)(5). The clerk of court is requested to ensure that petitioner's obligation to pay the $505 filing fee for the appeal is reflected in this court's financial records.

Entered this 16th day of October, 2014.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge